No. D–1158. IN RE DISBARMENT OF SPECINER. It is ordered that Jules V. Speciner, of Great Neck, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1159. IN RE DISBARMENT OF BRODO. It is ordered that Thomas George Brodo, of Wayne, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1160. IN RE DISBARMENT OF WEIL. It is ordered that Joseph Hilliard Weil, of North Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1161. IN RE DISBARMENT OF JONES. It is ordered that Curtis Larenzo Jones, Jr., of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1162. IN RE DISBARMENT OF SALMEN. It is ordered that T. Jay Salmen, of St. Paul, Minn., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1163. IN RE DISBARMENT OF KNOLL. It is ordered that David R. Knoll, of Buffalo, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1164. IN RE DISBARMENT OF FRASCINELLA. It is ordered that Phillip Frascinella, of Santa Monica, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.